Applied Resources Corporation, Appellant, *v.*
Leon Clemmer and Associates.
Leon Clemmer and Associates *v.* Applied Re-
sources Corporation, Appellant.

Argued November 14, 1973. Before JONES, C. J.,
EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MAN-
DERINO, JJ.

*Francis L. Davey,* for appellant.

*Charles B. Burr, II,* with him *Obermayer, Rebmann, Maxwell & Hippel,* for appellee.

Opinion Per Curiam, January 24, 1974:
Decree affirmed.  Each party pay own costs.